IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANZHOU NEW HUNTER BAGS & LUGGAGES (LIGHT INDUSTRY) CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>SPRAY MORET, LLC,<br><br>*Defendant*. | Civil Action No. 1:24-cv-09691-JPO<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF QUANZHOU NEW HUNTER BAGS & LUGGAGES (LIGHT INDUSTRY) CO., LTD.'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Quanzhou New Hunter Bags & Luggages (Light Industry) Co., Ltd. ("Hunter Bags" or "Plaintiff"), a private non-governmental party, certifies the following.

Plaintiff is wholly owned by its parent company HK NEW HUNTER INT'L INVESTMENT GROUP CO., LIMITED. No publicly held company owns any stock in Hunter Bags.

1

Date:  December 26, 2024

                                              Respectfully submitted,

                                              /s/ *Dariush Keyhani*

Dariush Keyhani
District of Columbia Bar No. 1031500
Frances H. Stephenson (*pro hac vice* forthcoming)
New York Registration No. 5206495
Scott M. Draffin (*pro hac vice* forthcoming)
New York Registration No. 6095988
**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com
sdraffin@keyhanillc.com

*Attorneys for Plaintiff Quanzhou New Hunter Bags & Luggages (Light Industry) Co., Ltd.*