**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
QUANZHOU NEW HUNTER BAGS &
LUGGAGES (LIGHT INDUSTRY) CO.,
LTD.,

                              Plaintiff,

          -against-                                                    24 **CIVIL** 9691 (JPO)

                                                                       **JUDGMENT**

SPRAY MORET, LLC,

                              Defendant.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 26, 2026, Spray Moret's motion to dismiss

Hunter Bags' Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

          March 3, 2026

                                                            **TAMMI M. HELLWIG**
                                                  _____
                                                            **Clerk of Court**

                                        BY:
                                                  _____
                                                            **Deputy Clerk**